|  | **FILED** |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | December 28, 2023<br><br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>JOSEPH PAUL HERRERA KINNEY,<br><br>        Defendant. | Case No. 2:23-cr-00318-TLN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  <u>JOSEPH PAUL HERRERA KINNEY</u>, Case No. <u> 2:23-cr-00318-TLN</u>, Charge <u>18 U.S.C. § 922(a)(1)(A)</u>, from custody for the following reasons:

    _____    Release on Personal Recognizance

    _____    Bail Posted in the Sum of $ _____

           _____    Unsecured Appearance Bond $ _____

           _____    Appearance Bond with 10% Deposit

           _____    Appearance Bond with Surety

           __X__   Conditions as stated on the record

           __X__   (Other): <u>The defendant shall be released on 12/29/2023 at 9:00 a.m. and report directly to the U.S. Pretrial Services office for processing.</u>

Sacramento County Jail is further ORDERED to release the defendant with a __X__ 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on December 28, 2023 at 2:55 p.m.

                       By:   _/s/ Jeremy Peterson_____

                                  Magistrate Judge Jeremy D. Peterson