HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Kinney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23cr318-TLN |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND EXCLUDE TIME** |
| vs. | Date: July 11, 2024 |
| JOSEPH PAUL HERRERA KINNEY, | Time: 9:30 a.m. |
| | Judge: Hon. Troy L. Nunley |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Justin Lee, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Joseph Paul Herrera Kinney, that the previously scheduled Status Hearing set for July 11, 2024 be continued to September 19, 2024 at 9:30 a.m.

The parties specifically stipulate as follows:

1. The government filed an indictment in this case on December 14, 2023.
2. By previous order, the Status Hearing is currently scheduled for July 11, 2024 at 9:30 a.m. Time has been ordered excluded through that date.
3. Mr. Kinney respectfully requests that the Court continue the Status Hearing to September 19, 2024 at 9:30 a.m.

4. The government has produced approximately 1400 pages of discovery and various audio/video files.

5. Defense counsel's schedule has been consumed by another case for the past few months that culminated in a 1.5-week trial in Washington D.C. in late June 2024.

6. For the above reasons, Mr. Kinney requires additional time to review the discovery; investigate and research possible defenses; research potential pretrial motions; explore potential resolutions to the case; and otherwise prepare for trial.

7. Mr. Kinney believes that failure to grant his motion would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

8. The government does not object to Mr. Kinney's motion.

9. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between July 11, 2024 and September 19, 2024, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Kinney in a speedy trial.

//
//
//
//
//
//
//
//
//

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: July 8, 2024 | */s/  Hootan Baigmohammadi*<br>HOOTAN BAIGMOHAMMADI<br>Assistant Federal Defender<br>Attorneys for Defendant<br>Mr. Kinney |
| Date: July 8, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>*/s/ Justin Lee*<br>JUSTIN LEE<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: July 8, 2024

Troy L. Nunley
United States District Judge