HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Kinney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  2:23cr318-TLN |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO MODIFY** |
| ) | **CONDITIONS OF RELEASE** |
| vs. ) | |
| ) | Judge: Hon. Carolyn K. Delaney |
| JOSEPH PAUL HERRERA ) | |
| KINNEY, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney

Phillip A. Talbert, through Assistant United States Attorney Justin Lee, counsel for Plaintiff, and

Federal Defender Heather Williams, through Assistant Federal Defender Hootan

Baigmohammadi, counsel for Defendant Joseph Paul Herrera Kinney, that the amended special

conditions of bond be modified.

The parties specifically stipulate as follows:

1. Mr. Kinney is on pretrial release and his amended special conditions of release

    restrict him to home detention.  ECF no. 30 at ¶ 16.

2. Mr. Kinney moves for special condition #16 to be amended by replacing home

    detention with a curfew that includes the following details.

***CURFEW: You must remain inside your residence every day from 10:00pm to 6:00am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.***

1      3.     All other conditions shall remain as previously imposed.

2      4.     A copy of the special conditions that incorporate the curfew amendment is

3            attached as Exhibit A.

4      5.     The government and pretrial services do not object to Mr. Kinney's motion.

5

6                     Respectfully submitted,

7                     HEATHER E. WILLIAMS
   Federal Defender

8  Date: August 8, 2024       */s/  Hootan Baigmohammadi*

9                     HOOTAN BAIGMOHAMMADI
   Assistant Federal Defender

10                    Attorneys for Defendant
   Mr. Kinney

11

12

13  Date: August 8, 2024       PHILLIP A. TALBERT
   United States Attorney

14

15                    */s/ Justin Lee*
   JUSTIN LEE

16                    Assistant United States Attorney
   Attorneys for Plaintiff

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order to Modify Conditions
of Release          -2-        *United States v. Kinney*,
2:23cr318-TLN

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated:  August 9, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order to Modify Conditions
of Release                                                          -3-                              *United States v. Kinney*,
                                                                                                         2:23cr318-TLN