```
1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  HOOTAN BAIGMOHAMMADI, SBN 279105
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, Third Floor
4  Sacramento, CA 95814
   T: (916) 498-5700
5  F: (916) 498-5710

6  Attorneys for Defendant
   Mr. Kinney
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:23cr318-DC |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE** |
| vs. | ) |
| JOSEPH PAUL HERRERA KINNEY, | ) Judge: Hon. Sean C. Riordan |
| Defendant. | ) |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Michele Beckwith, through Assistant United States Attorney Justin Lee, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Joseph Paul Herrera Kinney, that the Second Amended Special Conditions of bond be modified as follows.

1. Mr. Kinney moves to eliminate Special Conditions 15 (location monitoring) and 16 (curfew). *See* Dkt. 44 (Second Amended Special Conditions).

2. Mr. Kinney also moves to temporarily modify his Special Conditions to allow travel to Idaho from May 23 to 25, 2025.

   a. The Second Special Amended Conditions require Mr. Kinney to not absent himself from his residence for more than 24 hours and restrict his travel to the Eastern District of California. *Id*. at ¶¶ 3, 5.

b. Mr. Kinney's father resides in Rathdrum, Idaho. He is on dialysis. He has made the decision to stop dialysis starting on May 26, 2025. Doctors estimate that his father will pass away within eight days of stopping the treatment.

c. On May 24, 2025, Mr. Kinney's father plans to have a gathering of loved ones to celebrate his life prior to passing away. Mr. Kinney wishes to attend the gathering for one last opportunity to spend time with his father.

d. If allowed by the Court, Mr. Kinney will travel from the Eastern District of California to Idaho on May 23, 2025. He will stay with his father and his father's wife at 5926 W. Airhorn Ave., Rathdrum, Idaho 83858. He will return to the Eastern District of California on May 25, 2025.

e. Mr. Kinney will provide all travel details to his Pretrial Services Officer prior to travel.

3. The government and pretrial services do not object to Mr. Kinney's request.

4. The new, Third Special Amended Conditions are attached as Exhibit A.

5. Mr. Kinney's surety and third-party custodian, Juli Garcia, is aware of the proposed modifications and consents to them. Exhibit B, *Signed Consent*.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 20, 2025

*/s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Kinney

Date: May 20, 2025

MICHELE BECKWITH
Acting United States Attorney

*/s/ Justin Lee*
JUSTIN LEE
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: May 21, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE